ACCEPTED
15-25-00018-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 5:13 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00018-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 5:13:46 PM
CHRISTOPHER A. PRINE
Clerk

**PUBLIC UTILITY COMMISSION OF TEXAS**

*Appellant/Cross-Appellee,*

v.

**CITY OF DENTON, OPERATING AS
DENTON MUNICIPAL ELECTRIC,**

*Appellee/Cross-Appellant.*

On Appeal from the 459th Judicial Court,
Travis County, Texas
Cause No. D-1-GN-23-008974

## JOINT MOTION FOR EXTENSION OF TIME

Appellant/Cross-Appellee Public Utility Commission of Texas ("PUC") and Appellee/Cross Appellant City of Denton, Operating as Denton Municipal Electric ("DME") jointly move for extension of time to file the briefing in support of their appeals before this Court.

1.     On February 14, 2025, the PUC filed a notice to the Fifteenth Court of Appeals appealing the district's court's final judgment.  The appeal was assigned appellate Case No. 15-25-00018-CV.

2.     DME also filed a cross-notice of appeal on February 14, 2025.

3.     The Clerk's Record was filed on March 3, 2025 and the Reporter's Record was filed on March 14, 2025, making the Parties'

respective initial Appellant's and Cross-Appellant's briefs due on April 14, 2025.

4. Due to upcoming scheduling conflicts that would impact the briefing in this matter, the Parties jointly seek an extension of an additional 30 days to submit their initial briefing in support of their respective appeals.

5. Counsel for DME has an appellate brief due before this Court in the appeal styled *Kreines et al. v. ES3 Minerals LLC*, No. 15-25-00027-CV on April 8, 2025. The underlying trial-court matter in that case is not stayed pending appeal, and an additional hearing on a material discovery dispute is currently scheduled for April 1, 2025, in the Third Division of the Texas Business Court in Cause No. 24-BC03B-005.

Additionally, counsel has a dispositive motion deadline on April 10, 2025 in a complex insurance dispute involving a number of parties in the case styled *Aransas County v. Endurance, et al.*, Cause No. S-23-5730-CV-A (36th Judicial District Court, San Patricio County, Texas).

Counsel also has material conditions precedent to complete to prepare for and fully effect deadlines on matters of public interest falling shortly before and after the current deadline for the Parties' respective initial briefs in this appeal. This includes presentation and briefing in

2

executive session of a public meeting for a Water Supply Corporation on April 8, 2025 and presentation and briefing to a City Council in executive session on April 22, 2025. Counsel is also scheduled for a pre-trial conference April 23, in *Fazzino Investments, LP v. Brazos Valley Groundwater Conservation District*, Case No. 6:25-cv-00001-ADA-DTG (United States District Court, Western District of Texas, Waco Division).

6. Counsel for PUC has a plea to the jurisdiction hearing in the case styled *E3 Mountain, LLC, et al., v. The Public Utility Commission of Texas*, Cause No. D-1-GN-24-005152 (250th Judicial District Court, Travis County, Texas) on April 4, 2025.

Additionally, Counsel has pending matters in the case styled *Crystal River Special Utility District v. Thomas J. Gleeson, et al.*, Civil Action No. 1:22-cv-01293 (United States District Court, Western Division of Texas, Austin Division) that need to be addressed before and after the deadline for the Parties' respective initial briefs in this appeal.

Furthermore, Counsel has a hearing on the merits in the case styled *The City of College Station v. Public Utility Commission of Texas*, Cause No. D-1-GN-24-005680 (200th Judicial District Court, Travis County, Texas) on April 24, 2025.

7.     Should the Court grant this Joint Motion, Appellant's and Cross-Appellant's briefs in support of their respective appeals would be due <u>on or before May 14, 2025</u>.

8.     The requested extension is not submitted for the purpose of delay, but to allow counsel adequate time to prepare briefing that will protect the interests of their clients and be helpful to the Court.

For these reasons, the Parties request that this Court grant their Joint Motion for Extension of Time and that their respective initial briefs will be due <u>on or before May 14, 2025</u>.

Respectfully submitted,

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800 Phone
(512) 472-0532 Facsimile

By:  */s/ Jose E. de la Fuente*
      JOSE E. de la FUENTE
      State Bar No. 00793605
      jdelafuente@lglawfirm.com
      GABRIELLE C. SMITH
      State Bar No. 24093172
      gsmith@lglawfirm.com
      JAMIE L. MAULDIN
      State Bar No. 24065694
      jmauldin@lglawfirm.com
      ROSLYN M. WARNER
      State Bar No. 24117520
      rdubberstein@lglawfirm.com

**ATTORNEYS FOR APPELLEE/**
**CROSS-APPELLANT**

**OFFICE OF THE ATTORNEY**
  **GENERAL OF TEXAS –**
  **ENVIRONMENTAL**
  **PROTECTION DIVISION**
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
(512) 463-2012 Phone
(512) 320-0911 Facsimile

By:  */s/ Jordan Pratt*
      JOHN R. HULME
      State Bar No. 10258400
      John.Hulme@oag.texas.gov
      JORDAN PRATT
      State Bar No. 24140277
      Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT/**
**CROSS-APPELLEE**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 99041108
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time
Status as of 3/31/2025 8:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Coleman | 24059596 | kcoleman@omm.com | 3/28/2025 5:13:46 PM | SENT |
| Jamie Mauldin | 24065694 | jmauldin@lglawfirm.com | 3/28/2025 5:13:46 PM | SENT |
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 3/28/2025 5:13:46 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| John RHulme | | John.Hulme@oag.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| Jose E.de la Fuente | | jdelafuente@lglawfirm.com | 3/28/2025 5:13:46 PM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| John Hubbard | | jhubbard@omm.com | 3/28/2025 5:13:46 PM | SENT |
| Christiana Segura | 24143396 | christiana.segura@opuc.texas.gov | 3/28/2025 5:13:46 PM | SENT |
| Roslyn Warner | | rwarner@lglawfirm.com | 3/28/2025 5:13:46 PM | SENT |
| Michael McMillin | | mmcmillin@omm.com | 3/28/2025 5:13:46 PM | SENT |
| Sharbel Sfeir | | sharbel.sfeir@opuc.texas.gov | 3/28/2025 5:13:46 PM | SENT |